1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8

9    Fox Salerno,                        )    No. CIV 05-976 PHX-ROS (LOA)
                                          )
10              Petitioner,               )
                                          )
11   vs.                                  )    **REPORT AND RECOMMENDATION**
                                          )
12   Dora Schriro, et al.,                )
                                          )
13              Respondents.              )
                                          )
14   _____)

15          This matter arises on Petitioner's Motion for Bail.  (document # 19)  Petitioner contends

16   that the Court should release him from State custody because the State had delayed in

17   responding to his Petition for Writ of Habeas Corpus and such delay has prejudiced

18   Petitioner.

19          "Bail pending a decision in a habeas case is reserved for extraordinary cases involving

20   special circumstances or a high probability of success."  Land v. Deeds, 878 F.2d 318 (9th Cir.

21   1989)(finding that petitioner failed to demonstrate that he was entitled to release.)  See also,

22   United States v. Mett, 41 F.3d 1281, 1282 (9th Cir. 1994)(holding that petitioners failed to

23   demonstrate that their case involved "extraordinary circumstances" or a "high probability of

24   success.")

25          Here, Petitioner has not established a "high probability of success" in this matter.  In

26   an attempt to establish special circumstances, Petitioner contends that the State has delayed

27   in this matter causing prejudice to Petitioner.  Special circumstances include a "serious health

28   deterioration" or an "unusual delay in the appeal process."  See, Mett, 41 F.3d at 1282 n.4.

Special circumstances do not exist in this case. Petitioner filed his § 2254 Petition on April 1, 2005. (document # 1) On April 27, 2005, the Court ordered that the Petition be served on Respondents and that Respondents file an Answer within forty days of the date of service. (document # 4) On June 3, 2005, Respondents filed a timely motion for extension of time to file an Answer which the Court granted. (document # 14, # 17) Thereafter, Respondents filed a second motion for extension of time (document # 18) which the Court has granted. Accordingly, Respondents Answer is now due August 8, 2005. Although Respondents have requested two extensions of time to file an Answer in this matter, the Court does not find that those requests have prejudiced Petitioner in any manner.

Because Petitioner has not established the existence of "special circumstances" or a "high probability of success" his motion for bail fails.

Accordingly,

IT IS HEREBY RECOMMENDED that Petitioner's Motion for Bail (document # 19) be **DENIED**.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment. The parties shall have ten days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See,* 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(e), Federal Rules of Civil Procedure. Thereafter, the parties have ten days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the District Court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

///

///

///

1    Failure timely to file objections to any factual determinations of the Magistrate Judge

2    will be considered a waiver of a party's right to appellate review of the findings of fact in an

3    order or judgment entered pursuant to the Magistrate Judge's recommendation. *See*, Rule 72,

4    Federal Rules of Civil Procedure.

5    DATED this 18th day of July, 2005.

6

7

8

9

10   Lawrence O. Anderson
     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28